IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RB PRODUCTS, INC., | CASE NO.: 3:19-cv-00105-MMD-WGC |
| Plaintiffs, | |
| vs. | |
| | **ORDER** |
| RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE, | |
| Defendants. | |

Before the Court is Defendants Ryze Capital, L.L.C., Ryze Renewables, L.L.C, Ryze Renewables Reno, L.L.C., Ryze Renewables Las Vegas, L.L.C., Chris Dancy and Matt Pearson's (collectively, the "Ryze Defendants") Motion for an Extension of Time to Respond to Plaintiff's Complaint. The Court has reviewed the Motion and finds that good cause exists to extend the Ryze Defendants' deadline to respond to the Complaint to May 14, 2019.

///

///

///

IT IS THEREFORE ORDERED that the Ryze Defendants' Motion for an Extension of Time to Respond to Plaintiff's Complaint is hereby GRANTED.

The Ryze Defendants' motion to compel arbitration, motion to dismiss and/or other response to the Complaint are due on or before May 14, 2019.

IT IS SO ORDERED.

DATED: April 11, 2019

*[signature: William G. Cobb]*
HON. WILLIAM G. COBB
U.S. MAGISTRATE JUDGE