Adam Hosmer-Henner, Esq.
Nevada State Bar No. 12779
**McDONALD CARANO**
100 West Liberty Street
Tenth Floor
Reno, NV 89501
Tel: (775) 788-2000
Email: ahosmerhenner@Mcdonaldcarano.com

Ashish Mahendru (*pro hac vice*)
Darren A. Braun (*pro hac vice*)
**MAHENDRU, P.C.**
635 Heights Blvd.
Houston, Texas 77007
Tel: (713) 571-1519
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RB PRODUCTS, INC., <br><br> Plaintiffs, <br> vs. <br><br> RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE, <br><br> Defendants. | CASE NO.: 3:19-cv-00105-MMD-WGC <br><br> **<u>ORDER GRANTING SUBSTITUTION</u>** |

Before the Court is Plaintiff RB Products' Unopposed Motion for Withdrawal and Substitution of Counsel. This Court has reviewed the motion and finds that the requested be granted.

IT IS ORDERED that Adam Hosmer-Henner of McDonald Carano is substituted in as Plaintiff's local counsel of record, and that Plaintiff's previously-retained counsel, Mr. John Aldrich, is hereby permitted to withdraw.

IT IS SO ORDERED.

DATED: April 16, 2019.

_____
U.S. MAGISTRATE JUDGE