DICKINSON WRIGHT PLLC
JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 West Liberty Street
Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com

LATHAM & WATKINS LLP
JOSHUA G. HAMILTON (*pro hac vice forthcoming*)
10250 Constellation Blvd.
Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5509
Email: Joshua.Hamilton@lw.com

*Attorneys for Defendants Ryze Capital, L.L.C.,*
*Ryze Renewables Las Vegas, L.L.C.,*
*Chris Dancy and Matt Pearson*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RB PRODUCTS, INC., <br><br> Plaintiffs, <br> vs. <br><br> RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE, <br><br> Defendants. | CASE NO.: 3:19-cv-00105-MMD-WGC <br><br> **STIPULATION AND** <br> **ORDER PERMITTING SUBSTITUTION** <br> **OF COUNSEL** |

Pursuant to LR IA 11-6(c), Defendants Ryze Renewables Reno, LLC and Ryze Renewables, LLC, the law firms of Dickinson Wright PLLC and Latham & Watkins LLP,[1] and the law firm of Laxalt & Nomura LTD hereby stipulate and agree that Laxalt & Nomura LTD shall be substituted in place of Dickinson Wright PLLC and Latham & Watkins LLP as counsel for Defendants Ryze Renewables Reno, LLC and Ryze Renewables, LLC. Dickinson Wright PLLC and Latham & Watkins LLP shall be discharged from any further obligations in this matter with respect to Ryze Renewables Reno, LLC and Ryze Renewables, LLC. However, Dickinson Wright PLLC and Latham & Watkins LLP will continue to represent Ryze Capital Partners, LLC, Ryze Renewables Las Vegas, LLC, Matthew Pearson and Chris Dancy in this matter.

///

///

///

///

///

///

///

---

[1] The law firms of Dickinson Wright PLLC and Latham & Watkins LLP specially appeared in this case for purposes of obtaining an extension of time to respond to the Complaint. ECF No. 21.

The substitution of counsel will not result in delay of discovery, the trial or any hearing in the case.

DATED this 6th day of May, 2019.

| DICKINSON WRIGHT PLLC | LATHAM & WATKINS LLP |
|---|---|
| /s/ John P. Desmond | *[signature]* |
| JOHN P. DESMOND | JOSHUA G. HAMILTON (pro hac vice forthcoming) |
| Nevada Bar No. 5618 | |
| JUSTIN J. BUSTOS | |
| Nevada Bar No. 10320 | |
| | |
| RYZE RENEWABLES RENO, LLC | RYZE RENEWABLES, LLC |
| *[signature]* | *[signature]* |
| A Representative of Ryze Renewables Reno, LLC | A Representative of Ryze Renewables, LLC |

LAXALT & NOMURA LTD

*[signature]*

DANIEL HAYWARD
Nevada Bar No. 5986

DATED this 8th day of May, 2019.

IT IS SO ORDERED:

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE

RENO 87990-1 39908v1