# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RB PRODUCTS, INC.,

    Plaintiff(s),

vs.

RYZE CAPITAL, L.L.C., et al.,

    Defendant(s).

Case #3:19-cv-00105-MMD-WG

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

____Joshua G. Hamilton____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

____Latham & Watkins LLP____
(firm name)

with offices at ____10250 Constellation Blvd., Suite 1100____,
(street address)

____Los Angeles____, ____California____, ____90067____,
(city) (state) (zip code)

____(213) 485-1234____, ____joshua.hamilton@lw.com____,
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Ryze Capital Partners, LLC, et al.,____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __12/8/1998__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __California__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 8, 2018 | Case 2:18-cv-01471 | U.S. District Court, Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                              )
COUNTY OF ___Los Angeles___   )

____Joshua G. Hamilton____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__7th__ day of __May__, __2019__.

_____
Notary Public or Clerk of Court

ANGELA E. SYNIGAL
Commission # 2136079
Notary Public - California
Los Angeles County
My Comm. Expires Dec 8, 2019

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Justin J. Bustos____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____100 West Liberty Street, Suite 940____,
(street address)

__Reno__, __Nevada__, __89501__,
(city)     (state)     (zip code)

__(775) 343-7500__, __jbustos@dickinson-wright.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

~~_____~~    ~~_____~~
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

[Notary Seal: ANGELA E. SYNIGAL, Commission # 2136079, Notary Public - California, Los Angeles County, My Comm. Expires Dec 6, 2019]

Subscribed and sworn to (or affirmed) before me on this __7__ day of __May__, 20__19__,
by
(1) Joshua Garrett Hamilton

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

*Seal*
*Place Notary Seal Above*

―――――― **OPTIONAL** ――――――

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
**Title or Type of Document:** _____  **Document Date:** _____
**Number of Pages:** _____  **Signer(s) Other Than Named Above:** _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Justin J. Bustos_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

see attached page for signatures
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10320                    jbustos@dickinson-wright.com
Bar number              Email address

APPROVED:

Dated: this 8th day of May, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned parties agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned parties appoint Justin Bustos as their Designated Resident Nevada Counsel in this case.

Ryze Capital Partners, LLC,
a Wyoming limited liability company

By: _____
Matthew G. Pearson, Manager

Ryze Renewables Las Vegas, LLC,
a Delaware limited liability company

By: _____
Matthew G. Pearson, Manager

_____
Chris Dancy

_____
Matt Pearson

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

1

# ATTACHMENT A

U.S. Court of Appeals for the 6th Circuit, December 3, 2003

U.S. Court of Appeals for the 9th Circuit, August 16, 2000

U.S. District Court - Central District of California, December 8, 1998

U.S. District Court - District of Colorado, May 30, 2007

U.S. District Court - Eastern District of California, May 14, 2012

U.S. District Court - Northern District of California, August 26, 2004

U.S. District Court - Southern District of California, December 22, 1999

U.S. Supreme Court, May 31, 2011



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JOSHUA GARRETT HAMILTON*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JOSHUA GARRETT HAMILTON, #199610, was on the 8th day of December, 1998, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 16th day of April, 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
C. Rivera Assistant Deputy Clerk