Adam Hosmer-Henner, Esq.
Nevada State Bar No. 12779
**McDONALD CARANO**
100 West Liberty Street
Tenth Floor
Reno, NV 89501
Tel: (775) 788-2000
Email: ahosmerhenner@mcdonaldcarano.com

Ashish Mahendru (*pro hac vice*)
Darren A. Braun (*pro hac vice*)
**MAHENDRU, P.C.**
635 Heights Blvd.
Houston, Texas 77007
Tel: (713) 571-1519
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RB PRODUCTS, INC.,<br><br>Plaintiffs,<br>vs.<br><br>RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE,<br><br>Defendants. | CASE NO.: 3:19-cv-00105-MMD-WGC<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STAY**<br><br>**FIRST REQUEST** |

Plaintiff RB Products, Inc. ("RB Products") files this Motion for Extension of Time to Respond to Defendants' various motions identified below, and requests that it be permitted until June 30, 2019 to file responses. As discussed further below, good cause exists for this extension.

Plaintiff respectfully requests an extension through the end of June 30, 2019 to respond to Defendants' following motions:

| Party | Pleading | Document |
|---|---|---|
| Encore, RESC, Soule | Soule Defendants' Motion to Dismiss Amended Complaint | 47 |
| Encore, RESC, Soule | Soule Defendants' Answer to Amended Complaint | 48 |
| Ryze Capital, Ryze Las Vegas, Dancy, Pearson | Motion to Stay Plaintiff's Claims Pending Arbitration | 51 |
| Ryze Capital, Ryze Las Vegas, Dancy, Pearson | Ryze Capital Defendants' Motion to Dismiss and Memorandum of Points and Authorities In Support Thereof | 52 |
| Ryze Reno, Ryze Renewables | Joinder to Motion to Stay Plaintiff's Claims Pending Arbitration | 53 |
| Ryze Reno, Ryze Renewables | Joinder to Motion to Dismiss Amended Complaint | 54 |
| Ryze Capital, Ryze Las Vegas, Dancy, Pearson | Ryze Capital Defendants' Motion to Dismiss and Memorandum of Points and Authorities In Support Thereof (Corrected Image re Dkt 52) | 55 |

| Michael Brown | Brown's Joinder to Motion to Dismiss [52] | 56 |
| Michael Brown | Brown's Joinder to Motion to Dismiss [47] | 57 |
| Michael Brown | Brown's Joinder to Motion to Stay [51] | 58 |
| Michael Brown | Brown's Motion to Dismiss Plaintiff's Amended Complaint | 59 |

Good cause exists for this extension because Plaintiff's lead counsel's firm, which consists of two lawyers, is scheduled to begin a jury trial on June 10, 2019 in the 284th District Court of Montgomery County, Texas. That trial is expected to last approximately one week, and will necessarily require trial preparation beforehand. Plaintiff's request for a 19-day extension for its responses is reasonable, as it would allow counsel to conclude that trial on or about June 17, 2019 and then start preparing Plaintiff's responses to the many pending motions.

Plaintiff has conferred with the Defendants regarding this extension and a possible agreed briefing schedule but has been unable to reach a complete consensus.

Defendants Ryze Capital Partners, Chris Dancy, Matt Pearson, Ryze Renewables Las Vegas, Ryze Renewables Reno, and Ryze Renewables are agreeable to Plaintiff's requested extension, with the proviso that their respective replies be due on July 26, 2019. Plaintiff is in agreement with this proviso.

Conversely, Defendants Encore, Randy Soule, RESC, and Michael Brown stated that they are opposed to Plaintiff's request for an extension.[1]

Due to the number of the pending motions—some of which will involve complicated issues of non-signatory arbitration law—and due to the fact that Plaintiff's lead counsel's firm will be in trial starting June 10th, Plaintiff contends that good cause exists to extend the time for Plaintiff to file its responses to the above-identified motions. Plaintiff respectfully requests this Court to grant Plaintiff's first request for extension, and Order that Plaintiff's responses are due on June 30, 2019.

---

[1] It should be noted that Plaintiff stipulated to an extension of Defendants' deadline to file responsive pleadings [Doc. #27].

Dated: May 31, 2019                    Respectfully submitted,

/s/ Adam Hosmer-Henner
Adam Hosmer-Henner, Esq.
Nevada State Bar No. 12779
**McDONALD CARANO**
100 West Liberty Street
Tenth Floor
Reno, NV 89501
Tel: (775) 788-2000
Email: ahosmerhenner@Mcdonaldcarano.com


/s/ Ashish Mahendru
Ashish Mahendru (*pro hac vice*)
Darren A. Braun ( *pro hac vice*)
**MAHENDRU, P.C**
639 Heights Blvd.
Houston, Texas 77007
Telephone:    713-571-1519
Facsimile:    713-651-0776
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on May 29, 2019, pursuant to Fed. R. Civ. P. 5(b); I am serving a true and correct copy of this **MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** on the parties as set forth below via the Court's CM/ECF system:

**DICKINSON WRIGHT, PLLC**
John P. Desmond
Nevada Bar No. 5618
Justin J. Bustos
Nevada Bar No. 10320
100 West Liberty St., Ste. 940
Reno, NV 89501

**LATHAM & WATKINS LLP**
Joshua G. Hamilton
(*pro hac vice forthcoming*)
10250 Constellation Blvd., Ste. 1100
Los Angeles, CA 90067

*Attorneys for Defendants Ryze Capital Partners, L.L.C., Ryze Renewables Las Vegas, L.L.C., Chris Dancy and Matt Pearson*

**LAXALT & NOMURA LTD**
Daniel Hayward
Nevada Bar No. 5986
9790 Gateway Drive, Ste. 200
Reno, NV 89521

*Attorney for Defendants, Ryze Renewables L.L.C., Ryze Renewables, Reno, L.L.C.*

**HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON**
James W. Puzey, Esq.
Nevada Bar No. 5745
800 South Meadows Parkway, Suite 800
Reno, NV 89521

*Attorney for Defendants Randy Soule,*

*RESC, LLC, and Encore DEC, LLC*

**KOCH & SCOW, LLC**
David R. Koch
Nevada Bar No. 8830
Steven B. Scow, Esq.
Nevada Bar No. 9906
Brody R. Wight, Esq.
Nevada Bar No. 13615
11500 South Eastern Avenue, Suite 210
Henderson, NV 89052

**GARCIA RAINEY BLANK & BOWERBANK, LLP**
Jeffrey M. Blank *(pro hac vice)*
Norma V. Garcia *(pro hac vice)*
695 Town Center Drive, Ste. 700
Costa Mesa, CA 92626

*Attorneys for Defendant Michael Brown*

/s/ Ashish Mahendru
Ashish Mahendru

Adam Hosmer-Henner, Esq.
Nevada State Bar No. 12779
**McDONALD CARANO**
100 West Liberty Street
Tenth Floor
Reno, NV 89501
Tel: (775) 788-2000
Email: ahosmerhenner@Mcdonaldcarano.com

Ashish Mahendru (*pro hac vice*)
Darren A. Braun (*pro hac vice*)
**MAHENDRU, P.C.**
635 Heights Blvd.
Houston, Texas 77007
Tel: (713) 571-1519
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RB PRODUCTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE, <br><br> Defendants. | CASE NO.: 3:19-cv-00105-MMD-WGC <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND MOTION TO STAY** |

Before the Court is Plaintiff RB Products' Motion for Extension of Time to Respond to Defendants' motions. This Court has reviewed the motion and finds that the requested relief be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time to Respond to the pending motions (Dkt. Nos. 47, 48, 51, 52, 53, 54, 55, 56, 57, 58, and 59) is hereby GRANTED.

Plaintiff's responses these motions are due on or before June 30, 2019.

IT IS SO ORDERED.

DATED: May 31, 2019

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE