**DICKINSON WRIGHT PLLC**
JOHN P. DESMOND (Nevada Bar No. 5618)
JUSTIN J. BUSTOS (Nevada Bar No. 10320)
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (844) 670-6009
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com

**LATHAM & WATKINS LLP**
JOSHUA G. HAMILTON (*pro hac vice*)
MICHAEL J. REISS (*pro hac vice* to be submitted)
SARAH F. MITCHELL (*pro hac vice* to be submitted)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5509
Email: joshua.hamilton@lw.com
Email: michael.reiss@lw.com
Email: sarah.mitchell@lw.com

*Attorneys for Specially Appearing Defendants Ryze Capital Partners, LLC, Ryze Renewables Las Vegas, LLC, Chris Dancy, and Matt Pearson*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **RB PRODUCTS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE,**<br><br>Defendants. | **CASE NO.: 3:19-cv-00105-MMD-WGC**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO STAY AND MOTIONS TO DISMISS**<br>(First Request) |

Defendants, by and through their respective counsel as indicated below, and Plaintiff RB Products, Inc., by and through its counsel of record, stipulate and agree as follows:

1

1. On May 29, 2019, the following Motions were filed:
   a. Defendants Encore DEC, L.L.C, RESC, L.L.C. and Randy Soule's Motion to Dismiss (ECF No. 47). A Joinder was filed by Defendant Michael Brown (ECF No. 57).
   b. Specially appearing defendants Ryze Capital Partners, LLC, Ryze Renewables Las Vegas, LLC, Chris Dancy, and Matt Pearson's Motion to Stay Plaintiff's Claims Pending Arbitration Pursuant to 9 U.S.C. § 3 (ECF No. 51).
   c. Separate joinders were filed by specially appearing defendants Ryze Renewables, LLC and Ryze Renewables Reno, LLC (ECF No. 53) and Michael Brown (ECF No. 58).
   d. Specially appearing defendants Ryze Capital Partners, LLC, Ryze Renewables Las Vegas, LLC, Chris Dancy, and Matt Pearson's Motion to Dismiss and Memorandum of Points and Authorities in Support Thereof (ECF Nos. 52 and 55).
   e. Separate Joinders were filed by specially appearing defendants Ryze Renewables, LLC and Ryze Renewables Reno, LLC (ECF No. 54) and Michael Brown (ECF No. 56).
   f. Defendant Michael Brown's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 59).
2. On May 31, 2019, Plaintiff filed its Motion for Extension of time to Respond to Defendants' Motions to Dismiss and Motion to Stay (ECF No. 65) and requested an extension through the end of June 30, 2019, to respond to *inter alia* the above Motions. In its Motion, Plaintiff noted that it agreed to an extension for Ryze Capital Partners, LLC, Ryze Renewables Las Vegas, LLC, Chris Dancy, and Matt Pearson's until July 26, 2019 to file their reply briefs in support of their motion to stay (ECF No. 51) and motion to dismiss (ECF No. 55). Plaintiff also agreed to provide Ryze Renewables, LLC and Ryze Renewables Reno, LLC the same extension.
3. The Court granted Plaintiff's Motion for Extension of Time (ECF No. 66).

4. Defendants are now requesting an extension of time to file their respective reply briefs. Defendants are requesting this extension due to the upcoming holidays, counsel's travel plans, and counsel's obligations in other cases.

5. The parties therefore stipulate and agree that all Defendants shall have up to and including July 26, 2019, to file any reply briefs in support of their respective motions, specifically Motion to Stay (ECF No. 51), the Motions to Dismiss (ECF Nos. 47, 52, 55, and 59) and the various Joinders (ECF Nos. 53, 54, 56, 57 and 58).

6. This stipulation is being filed in good faith for the reasons stated above and not for the purpose of delay.

7. This is the first stipulation to extend the time for filing reply briefs in support of the Motion to Stay (ECF No. 51), the Motions to Dismiss (ECF Nos. 47, 52, 55, and 59) and the various Joinders (ECF Nos. 53, 54, 56, 57 and 58).

| | |
|---|---|
| DATED this 7th day of June, 2019. | DATED this 7th day of June, 2019. |
| /s/ Justin J. Bustos<br>Justin J. Bustos | /s/ Ashish Mahendru<br>Adam Hosmer-Henner |
| **LATHAM & WATKINS LLP**<br>JOSHUA G. HAMILTON (*Pro hac vice*)<br>MICHAEL J. REISS (*Pro hac vice* application pending)<br>SARAH F. MITCHELL (*Pro hac vice* application pending) | **MAHENDRU, P.C.**<br>ASHISH MAHENDRU<br>DARREN A. BRAUN<br><br>**McDONALD CARANO**<br>ADAM HOSMER-HENNER |
| **DICKINSON WRIGHT PLLC**<br>JOHN P. DESMOND<br>JUSTIN J. BUSTOS | *Attorneys for Plaintiff RB Products, Inc.* |
| *Attorneys for Specially Appearing Defendants Ryze Capital Partners, LLC, Ryze Renewables Las Vegas, LLC, Chris Dancy, and Matt Pearson* | |

| | |
|---|---|
| DATED this 7th day of June, 2019. | DATED this 7th day of June, 2019. |
| /s/ Jeffrey M. Blank<br>Jeffrey M. Blank | /s/ Michael R. Ayers<br>Michael R. Ayers |
| **GARCIA RAINEY BLANK & BOWERBANK LLP**<br>NORMA V. GARCIA<br>JEFFREY M. BLANK | **HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON**<br>JAMES W. PUZEY<br>MICHAEL R. AYERS |
| **KOCH & SCOW LLC**<br>DAVID R. KOCH<br>STEVEN R. SCOW<br>BRODY R. WIGHT | *Attorneys for Defendants Encore DEC, L.L.C, RESC, L.L.C, and Randy Soule* |
| *Attorneys for Michael Brown* | |

/s/ Ryan W. Leary
Ryan W. Leary

**LAXALT & NOMURA, LTD.**
DANIEL T. HAYWARD
RYAN W. LEARY

*Attorneys for Specially Appearing Defendants Ryze Renewables, LLC and Ryze Renewables Reno, LLC*

\* \* \*

## ORDER

IT IS SO ORDERED.

DATED: June 7, 2019

HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

4

# **CERTIFICATE OF SERVICE**

I certify that I am an employee of DICKINSON WRIGHT PLLC, and that on this date, pursuant to Fed. R. Civ. P. 5(b), I am serving a true and correct copy of the attached **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTION TO STAY AND MOTIONS TO DISMISS (First Request)** on the parties as set forth below via the Court's CM/ECF system:

| | |
|---|---|
| Jeffrey M. Blank<br>Norma V. Garcia<br>GARCIA RAINEY BLANK<br>BOWERBANK, LLP<br>695 Town Center Drive, Suite 700<br>Costa Mesa, CA 92626 | Ashish Mahendru<br>Darren A. Braun<br>MAHENDRU, P.C.<br>639 Heights Blvd.<br>Houston, TX 77007 |
| James W. Puzey<br>Michael R. Ayers<br>HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON<br>800 South Meadows Pkwy., Suite 800<br>Reno, NV 89521 | Adam Hosmer-Henner<br>MCDONALD CARANO<br>100 West Liberty Street<br>Tenth Floor<br>Reno, NV 89501 |
| David R. Koch<br>Steven B. Scow<br>KOCH & SCOW, LLC<br>11500 South Eastern Ave., Suite 210<br>Henderson, NV 89052 | Daniel Hayward<br>Ryan W. Leary<br>LAXALT & NOMURA, LTD.<br>9790 Gateway Drive, Suite 200<br>Reno, NV 89521 |

DATED this 7th day of June, 2019.

/s/ Mina Reel
An employee of DICKINSON WRIGHT