Adam Hosmer-Henner, Esq.
Nevada State Bar No. 12779
**McDONALD CARANO**
100 West Liberty Street
Tenth Floor
Reno, NV 89501
Tel: (775) 788-2000
Email: ahosmerhenner@Mcdonaldcarano.com

Ashish Mahendru (*pro hac vice*)
Darren A. Braun (*pro hac vice*)
**MAHENDRU, P.C.**
635 Heights Blvd.
Houston, Texas 77007
Tel: (713) 571-1519
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RB PRODUCTS, INC.,<br><br>Plaintiffs,<br>vs.<br><br>RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE,<br><br>Defendants. | CASE NO.: 3:19-cv-00105-MMD-WGC<br><br>**<u>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO CONDUCT RULE 26(f) CONFERENCE AND SUBMIT CORRESPONDING DISCOVERY PLAN AND SCHEDULING ORDER</u>** |

Before the Court is Plaintiff RB Products' unopposed Motion for Extension of Time to Conduct Rule 26(f) Conference and Submit Corresponding Discovery Plan and

Scheduling Order. This Court has reviewed the motion and finds that the requested relief be granted.

IT IS THEREFORE ORDERED that Plaintiff's request for an extension to conduct the Rule 26(f) conference is granted. The parties shall conduct their Rule 26(f) conference in advance of their submission of their Joint Proposed Discovery Plan and Scheduling Order on or before August 2, 2019.

IT IS SO ORDERED.

DATED: July 15, 2019.

_____
HON. WILLIAM G. COBB
U.S. MAGISTRATE JUDGE