HOLLY S. PARKER (SBN 10181)
RYAN W. LEARY (SBN 11630)
LAXALT & NOMURA, LTD.
9790 Gateway Drive – Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
dhayward@laxalt-nomura.com
rleary@laxalt-nomura.com
*Attorneys for Defendants,*
*Ryze Renewables, LLC and*
*Ryze Renewables Reno, LLC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RB PRODUCTS, INC.,

    Plaintiff,

v.

RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE,

    Defendants.

Case No.: 3:19-cv-00105-MMD-WGC

**ORDER GRANTING NOTICE OF DISASSOCIATION OF COUNSEL**

    Defendants Ryze Renewables, LLC and Ryze Renewables Reno, LLC ("Ryze"), through its undersigned counsel, Laxalt & Nomura, Ltd., hereby give notice that attorney Daniel T. Hayward is no longer representing it in this matter due to a pending change in employment. Attorneys Holly S. Parker and Ryan W. Leary of Laxalt & Nomura, Ltd. will continue to represent Ryze.

//

//

1

DATED this 29th day of July, 2019.

_____
Holly S. Parker (SBN 10181)
Ryan W. Leary (SBN 11630)
9790 Gateway Drive – Suite 200
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
dhayward@laxalt-nomura.com
rleary@laxalt-nomura.com
*Attorneys for Defendants, Ryze Renewables, LLC and Ryze Renewables Reno, LLC.*

IT IS SO ORDERED.

DATED: July 30, 2019.

_____
UNITED STATES MAGISTRATE JUDGE