Janine C. Prupas
Nevada State Bar No. 9156
**SNELL & WILMER L.L.P.**
50 West Liberty Street
Suite 510
Reno, NV 89501
Tel: (775) 785-5440
Email: jprupas@swlaw.com

Ashish Mahendru (*pro hac vice*)
Darren A. Braun (*pro hac vice*)
**MAHENDRU, P.C.**
635 Heights Blvd.
Houston, Texas 77007
Tel: (713) 571-1519
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RB PRODUCTS, INC., | CASE NO.: 3:19-cv-00105-MMD-WGC |
| Plaintiffs, | **<u>ORDER GRANTING SUBSTITUTION</u>** |
| vs. | |
| RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE, | |
| Defendants. | |

Before the Court is Plaintiff RB Products' Unopposed Motion for Withdrawal and Substitution of Counsel. This Court has reviewed the motion and finds that the requested be granted.

IT IS ORDERED that Janine C. Prupas of Snell & Wilmer L.L.P., is substituted in as Plaintiff's local counsel of record, and that Plaintiff's previously-retained counsel, Mr. Adam Hosmer-Henner and McDonald Carano, is hereby permitted to withdraw.

IT IS SO ORDERED.

DATED:August 5, 2019.

William G. Cobb

HON. WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE