| | |
|---|---|
| 1 | Janine C. Prupas |
| 2 | Nevada State Bar No. 9156<br>**SNELL & WILMER L.L.P.** |
| 3 | 50 West Liberty Street<br>Suite 510 |
| 4 | Reno, NV 89501<br>Tel: (775) 785-5440 |
| 5 | Email: jprupas@swlaw.com |
| 6 | Ashish Mahendru (*pro hac vice*)<br>Darren A. Braun (*pro hac vice*) |
| 7 | **MAHENDRU, P.C.** |
| 8 | 635 Heights Blvd.<br>Houston, Texas 77007 |
| 9 | Tel: (713) 571-1519 |
| 10 | amahendru@thelitigationgroup.com<br>dbraun@thelitigationgroup.com |
| 11 | *Attorneys for Plaintiff* |

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RB PRODUCTS, INC.,<br><br>    Plaintiffs,<br>vs.<br><br>RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE,<br><br>    Defendants. | CASE NO.: 3:19-cv-00105-MMD-WGC<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY DISCOVERY AND RE-SETTING OF STATUS CONFERENCE** |

The parties file this Joint Stipulation Regarding (i) Extension of Time to File Response and Replies to Defendants' Motion to Stay Discovery [Dkt. 108], and (ii) Re-Setting of August 28, 2019 Status Conference.

## I.
## Joint Stipulation Regarding Extension of Time to File Response and Replies to Defendants' Motion to Stay Discovery

Defendants filed their Motion to Stay Discovery on August 9, 2019. Currently, Plaintiff's response to that Motion is due on August 23, 2019, and Defendants' reply is due on August 30, 2019. Subject to the Court's approval, the parties have stipulated that (i) Plaintiff's response will be due on August 30, 2019, and (ii) Defendants' reply will be due on September 9, 2019.

This is the parties' first request for extension of time.

The parties have reached this agreed briefing schedule because Plaintiff's counsel, Ashish Mahendru, is out of the country on a family vacation from August 9 through August 23, 2019.

In light of Mr. Mahendru's vacation schedule, and in light of the parties' agreement on the issue, the parties respectfully request that Court set the following briefing schedule: (i) Plaintiff's response to Defendant's Motion to Stay [Dkt. 108] will be due on August 30, 2019; and (ii) Defendants' reply will be due on September 9, 2019.

## II.
## Joint Stipulation Regarding Resetting Status Conference

The Court has scheduled a status conference to occur on August 28, 2019, for the purpose of addressing issues relating to the parties' proposed discovery plan and Defendants' Motion to Stay,

In light of the briefing scheduled contemplated herein, the parties, subject to the Court's approval, have stipulated that the status conference should be reset from August 28, 2019 to September 18, 2019. By rescheduling the status conference to September 18, 2019, the Court would have the opportunity to address Defendants' Motion to Stay after all the parties have had the opportunity to fully brief the issue.

Dated: August 15, 2019            Respectfully submitted,

/s/ Janine C. Prupas
Janine C. Prupas
Nevada State Bar No. 9156
Snell & Wilmer L.L.P.
50 West Liberty Street
Suite 510
Reno, NV 89501
Tel: (775) 785-8440
Email: ajprupas@swlaw.com


/s/ Ashish Mahendru
Ashish Mahendru (*pro hac vice*)
Darren A. Braun (*pro hac vice*)
**MAHENDRU, P.C**
639 Heights Blvd.
Houston, Texas 77007
Telephone:    713-571-1519
Facsimile:    713-651-0776
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

**ATTORNEYS FOR PLAINTIFF**

IT IS SO STIPULATED.

Dated this 15th day of August, 2019.

| | |
|---|---|
| **MAHENDRU, P.C.**<br><br>/s/ Ashish Mahendru<br>Ashish Mahendru *(pro hac vice)*<br>Darren A. Braun *(pro hac vice)*<br>639 Heights Blvd.<br>Houston, Texas 77007<br>Telephone: 713-571-1519<br>Facsimile: 713-651-0776<br>amahendru@thelitigationgroup.com<br>dbraun@thelitigationgroup.com<br><br>**SNELL & WILMER L.L.P.**<br><br>/s/ Janine C. Prupas<br>Janine C. Prupas<br>Nevada State Bar No. 9156<br>50 West Liberty Street<br>Suite 510<br>Reno, NV 89501<br>Tel: (775) 785-5440<br>jprupas@swlaw.com<br><br>*Attorneys for Plaintiff*<br><br>**LAXALT & NOMURA LTD**<br><br>/s/ Ryan Leary<br>Ryan W. Leary<br>Nevada Bar No. 11630<br>Holly S. Parker<br>Nevada Bar No. 10181<br>9790 Gateway Drive, Ste. 200<br>Reno, NV 89521<br>hparker@laxalt-nomura.com<br>rleary@laxalt-nomura.com<br><br>*Attorney for Defendants Ryze Renewables L.L.C. and Ryze Renewables, Reno, L.L.C.* | **DICKINSON WRIGHT, PLLC**<br><br>/s/ John P. Desmond<br>John P. Desmond<br>Nevada Bar No. 5618<br>Justin J. Bustos<br>Nevada Bar No. 10320<br>100 West Liberty St., Ste. 940<br>Reno, NV 89501<br>jdesmond@dickinsonwright.com<br>jbustos@dickinsonwright.com<br><br>**LATHAM & WATKINS LLP**<br><br>/s/ Joshua Hamilton<br>Sarah F. Mitchell *(pro hac vice)*<br>Joshua G. Hamilton *(pro hac vice)*<br>Michael J. Reiss *(pro hac vice)*<br>355 S. Grand Ave., Ste. 100<br>Los Angeles, CA 90071<br>joshua.hamilton@lw.com<br>michael.reiss@lw.com<br>sarah.mitchell@lw.com<br><br>*Attorneys for Defendants Ryze Capital Partners, L.L.C., Ryze Renewables Las Vegas, L.L.C., Chris Dancy and Matt Pearson* |

| | |
|---|---|
| **KOCH & SCOW, LLC** | **HOLLEY, DRIGGS, WALCH, FINE, PUZEY, STEIN & THOMPSON** |
| /s/ David R. Koch<br>David R. Koch<br>Nevada Bar No. 8830<br>Steven B. Scow, Esq.<br>Nevada Bar No. 9906<br>Brody R. Wight, Esq.<br>Nevada Bar No. 13615<br>11500 South Eastern Ave.<br>Suite 210<br>Henderson, NV 89052<br>dkoch@kochscow.com<br>sscow@kochscow.com<br>bwight@kochscow.com | /s/ James W. Puzey<br>James W. Puzey, Esq.<br>Nevada Bar No. 5745<br>Michael Ayers<br>Nevada Bar No. 10851<br>800 South Meadows Parkway<br>Suite 800<br>Reno, NV 89521<br>jpuzey@nevadafirm.com |
| | **FELLERS, SNIDER, BLANKENSHIP, BAILEY, TIPPENS** |
| **GARCIA RAINEY BLANK & BOWERBANK, LLP**<br><br>/s/ Jeffrey M. Blank<br>Jeffrey M. Blank *(pro hac vice)*<br>Norma V. Garcia *(pro hac vice)*<br>695 Town Center Drive, Ste. 700<br>Costa Mesa, CA 92626<br>jblank@garciarainey.com<br>ngarciaguillen@garciarainey.com<br><br>*Attorneys for Defendant Michael Brown* | /s/ Greg A. Castro<br>Greg A. Castro      *(pro hac vice)*<br>Mark K. Stonecipher *(pro hac vice)*<br>C. Eric Shephard    *(pro hac vice)*<br>100 N.Broadway, Ste. 1700<br>Oklahoma City, OK 73102<br>mstonecipher@fellerssnider.com<br>eshephard@fellerssnider.com<br>gcastro@fellerssnider.com<br><br>*Attorneys for Defendants Randy Soule, RESC, LLC, and Encore DEC, LLC* |

IT IS SO ORDERED.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2019