1  Janine C. Prupas
   Nevada State Bar No. 9156
2  **SNELL & WILMER L.L.P.**
   50 West Liberty Street
3  Suite 510
   Reno, NV 89501
4  Tel: (775) 785-5440
   Email: jprupas@swlaw.com
5
   Ashish Mahendru *(pro hac vice)*
6  Darren A. Braun *(pro hac vice)*
7  **MAHENDRU, P.C.**
   635 Heights Blvd.
8  Houston, Texas 77007
   Tel: (713) 571-1519
9  amahendru@thelitigationgroup.com
   dbraun@thelitigationgroup.com
10
11 *Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RB PRODUCTS, INC., | CASE NO.: 3:19-cv-00105-MMD-WGC |
| Plaintiffs, | |
| vs. | **ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY** |
| RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE, | |
| Defendants. | |

Before the Court is Plaintiff RB Products' Motion to Lift Stay and Motion for Status Conference. This Court has reviewed the motion and finds that the requested relief be GRANTED.

IT IS ORDERED that RB Products' Motion to Lift Stay is granted in its entirety and that the stay imposed in ECF No. 133 is no longer in effect. This case shall be placed on the Court's active docket.

DATED: September 23, 2020

_____
HON. MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE