1  Janine C. Prupas
   Nevada State Bar No. 9156
2  **SNELL & WILMER L.L.P.**
   50 West Liberty Street
3  Suite 510
   Reno, NV 89501
4  Tel: (775) 785-5440
   Email: jprupas@swlaw.com
5
6  Ashish Mahendru *(pro hac vice)*
   Darren A. Braun *(pro hac vice)*
7  **MAHENDRU, P.C.**
   635 Heights Blvd.
8  Houston, Texas 77007
   Tel: (713) 571-1519
9  amahendru@thelitigationgroup.com
   dbraun@thelitigationgroup.com
10
11 *Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RB PRODUCTS, INC., | CASE NO.: 3:19-cv-00105-MMD-WGC |
| Plaintiffs, | |
| vs. | **ORDER GRANTING PLAINTIFF'S NOTICE OF DISMISSAL AS TO SOME DEFENDANTS** |
| RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C.; RYZE RENEWABLES LAS VEGAS, L.L.C.; MATT PEARSON; AND RANDY SOULE, | |
| Defendants. | |

Before the Court is Plaintiff RB Products' Notice of Dismissal as to Some Defendants. This Court has reviewed the notice and finds that the requested relief be granted.

IT IS ORDERED that RB Products' claims asserted against Ryze Capital, Ryze Renewables Las Vegas, L.L.C., Michael Brown, and Matt Pearson are dismissed without prejudice.

IT IS FURTHER ORDERED that RB Products' claims asserted against Chris Dancy are dismissed with prejudice.

All claims against all remaining Defendants are not dismissed.

DATED: September 23, 2020

_____
HON. MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE