F. THOMAS EDWARDS, ESQ. (NV Bar No. 09549)
Email: tedwards@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

JAMES W. PUZEY, ESQ. (NV Bar No. 05754)
jpuzey@nevadafirm.com
MICHAEL R. AYERS, ESQ. (NV Bar No. 10851)
mayers@nevadafirm.com
HOLLEY DRIGGS
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: 775-851-8700
Facsimile: 775-851-7681
*Attorneys for Specially Appearing Defendants, Ryze Renewables, LLC and Ryze Renewables Reno, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RB PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYZE CAPITAL, L.L.C.; ENCORE DEC, L.L.C; RYZE RENEWABLES RENO, L.L.C; MICHAEL BROWN; CHRIS DANCY; RESC, L.L.C; RYZE RENEWABLES LAS VEGAS, L.L.C; MATT PEARSON; AND RANDY SOULE, <br><br> Defendants. | CASE NO.: 3:19-cv-00105-MMD-WGC <br><br> **STIPULATION TO SUBSTITUTE ATTORNEYS** |

RYZE RENEWABLES, LLC and RYZE RENEWABLES RENO, LLC, Specially Appearing Defendants in the above-captioned matter does hereby consent to the substitution of F. THOMAS EDWARDS, ESQ., JAMES W. PUZEY, ESQ., and MICHAEL R. AYERS, ESQ. of the law firm of HOLLEY DRIGGS, 400 South Fourth Street, Third Floor, Las Vegas, Nevada

///

///

///

- 1 -

1355901/

89101, (702) 791-0308 as its attorney in the above-entitled action in place and stead of HOLLY S. PARKER, ESQ. and RYAN W. LEARY, ESQ. of the law firm LAXALT & NOMURA, LTD.

Dated this 28th day of September, 2020.

By: ___/s/ Randy Soule___
Print Name: ___Randy Soule___
Its: ___Manager___
Ryze Renewables, LLC, Specially Appearing Defendant

By: ___/s/ Randy Soule___
Print Name: ___Randy Soule___
Its: ___Manager___
Ryze Renewables Reno, LLC, Specially Appearing Defendant

HOLLY S. PARKER, ESQ. and RYAN W. LEARY, ESQ. of the law firm LAXALT & NOMURA, LTD. hereby consent to the substitution of F. THOMAS EDWARDS, ESQ., JAMES W. PUZEY, ESQ., and MICHAEL R. AYERS, ESQ. of the law firm of HOLLEY DRIGGS in the above-entitled action in his place and stead.

Dated this 28th day of September, 2020.

**LAXALT & NOMURA, LTD.**

By: ___/s/ Holly S. Parker___
Holly S. Parker, Esq.
Nevada Bar No. 10181
Ryan W. Leary, Esq.
Nevada Bar No. 11630
9790 Gateway Drive – Suite 200
Reno, Nevada 89521

F. THOMAS EDWARDS, ESQ., JAMES W. PUZEY, ESQ., and MICHAEL R. AYERS, ESQ. of the law firm of HOLLEY DRIGGS are duly admitted to practice in this District and hereby consent to be substituted in the place and stead of HOLLY S. PARKER,

///

///

///

///

1355901/

ESQ. and RYAN W. LEARY, ESQ. of the law firm LAXALT & NOMURA, LTD. as attorneys for Specially Appearing Defendants Ryze Renewables, LLC and Ryze Renewables Reno, LLC.

Dated this 28th day of September, 2020.

**HOLLEY DRIGGS**

*/s/ F. Thomas Edwards*
F. Thomas Edwards, Esq. (NV Bar No. 09549)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

James D. Puzey, Esq (NV Bar No. 05754)
Michael R. Ayers (NV Bar No. 10851)
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521

*Attorneys for Specially Appearing Defendants, Ryze Renewables, LLC and Ryze Renewables Reno, LLC*

DATED: September 29, 2020

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

- 3 -

1355901/