IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

RB PRODUCTS, INC.,

    Plaintiff,

v.

ENCORE DEC, L.L.C.; RYZE RENEWABLES RENO, L.L.C.; RYZE RENEWABLES, L.L.C.; RESC, L.L.C.; AND RANDY SOULE,

    Defendants.

Case No. 3:19-CV-00105-MMD-WGC

ORDER RE:

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the remaining parties who have appeared in this action – Plaintiff RB Products, Inc. and Defendants Encore Dec, L.L.C., Ryze Renewables Reno, L.L.C., Ryze Renewables, L.L.C., RESC, L.L.C. and Randy Soule – hereby stipulate to the dismissal of the remaining claims and parties with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  December 23, 2020

*s/ Ashish Mahendru*
Ashish Mahendru *(pro hac vice)*
(Electronic signature by express permission)
Darren A. Braun *(pro hac vice)*
**MAHENDRU, P.C.**
639 Heights Blvd.
Houston, Texas 77007
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com
*Attorney for Plaintiff RB Products*


*s/ Mark K. Stonecipher*
Greg A. Castro (*Pro Hac Vice*)
Mark K. Stonecipher (*Pro Hac Vice*)
C. Eric Shepard (*Pro Hac Vice*)
FELLER SNIDER BLANKENSHIP
   BAILEY & TIPPENS, PC
100 N. Broadway, Suite 1700
Oklahoma City, Oklahoma 73102
Telephone:   (405) 232-0621
Facsimile:   (405) 232-9659
E-mail: gcastro@fellerssnider.com
           mstonecipher@fellerssnider.com
           eshephard@fellerssnider.com

-and-

*s/ F. Thomas Edwards*
F. Thomas Edwards, Esq.
HOLLEY DRIGGS
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone:   (775) 851-8700
Facsimile:   (775) 851-7681
E-mail:      jpuzey@nevadafirm.com

**Attorney for Defendants, Encore DEC, L.L.C.; Ryze Renewables Reno, L.L.C.; Ryze Renewables, L.L.C.; RESC, L.L.C., and Randy Soule**

IT IS SO ORDERED:

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

DATED: 12/29/2020